IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Timothy B. Harrity                              :    Case No.14-70171JAD
Susan I. Harrity                                :    Chapter 13
    Debtor(s)                              :
Ronda J. Winnecour, Trustee          :
                                          :    Re Clm. #1
    Movant(s)                              :
                                          :
        vs.                                        :
Discover Bank                               :
                                          :    Hearing Date
                                          :
    Respondent(s)

WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

    The Objection to Claim that was filed in the above-referenced case on March 20, 2019 (document #65) is hereby WITHDRAWN. Therefore, the hearing scheduled for May 03, 2019, is hereby cancelled.

                                          Respectfully submitted

4/25/19                                   /s/ Ronda J. Winnecour

                                          Ronda J. Winnecour (PA I.D. #30399)
                                          Attorney and Chapter 13 Trustee
                                          U.S. Steel Tower – Suite 3250
                                          600 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Timothy B. Harrity                         :    Case No.14-70171JAD
Susan I. Harrity                           :    Chapter 13
    Debtor(s)                      :
Ronda J. Winnecour, Trustee                :
                                           :    Re Clm. #1
    Movant(s)                      :
                                           :
    vs.                            :
Discover Bank                              :
                                           :    Hearing Date
                                           :
    Respondent(s)

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Discover Bank
Attn: Darlene Slusher, Bankruptcy Sr. Specialist
DB Servicing Corporation
PO Box 3025
New Albany OH 43054

Discover Bank
Roger Crosby Hochschild, President and CEO
502 East Market Street
Greenwood DE 19950

Timothy and Susan Harrity
116 Bridgeview Drive
Somerset PA 15501


4/25/19                                         /s/ Dianne DeFoor___
date                                            Office of the Chapter 13 Trustee
                                                US Steel Tower – Suite 3250
                                                600 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 471-5566