**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  TIMOTHY B HARRITY<br>SUSAN I HARRITY<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  TIMOTHY B HARRITY<br>SUSAN I HARRITY<br><br>     Respondents | Case No.14-70171JAD<br><br>Chapter 13<br><br>Related to Document No. __72__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __25th__ day of __April__, 20__19__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bur Of Comm Payroll Operations
Attn: Payroll Manager
Pob 8006
Harrisburg,PA 17105-

is hereby ordered to immediately terminate the attachment of the wages of TIMOTHY B HARRITY, social security number XXX-XX-8482.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TIMOTHY B HARRITY.

BY THE COURT:

_____ sjk

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

FILED
4/25/19 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-70171-JAD
Timothy B Harrity                                                   Chapter 13
Susan I Harrity
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: dkam              Page 1 of 1         Date Rcvd: Apr 25, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
```
db/jdb        +Timothy B Harrity,   Susan I Harrity,   116 Bridgeview Drive,   Somerset, PA 15501-7604
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Chandra Marie Arkema    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
           pabk@logs.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```