**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Timothy B. Harrity                         :    Case No.14-70171JAD
Susan I. Harrity                           :    Chapter 13
    Debtor(s)                          :
Ronda J. Winnecour, Trustee                :
                                           :    Re Clm. #1
    Movant(s)                          :
                                           :
vs.                                        :
Discover Bank                              :
                                           :    Related to Doc. #65
                                           :
    Respondent(s)

**ORDER OF COURT**

AND NOW, this ___26th___ day of ___April___, 20_19_, upon consideration of the Trustee's Objection to Claim No. 4, and any responses thereto, it is hereby ORDERED that:

(a) Claim No. 1 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs, or charges shall be allowed for defending this objection.

BY THE COURT:

_____ sjk
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
4/26/19 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                            Case No. 14-70171-JAD
Timothy B Harrity                                                 Chapter 13
Susan I Harrity
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7           User: bsil                   Page 1 of 1                  Date Rcvd: Apr 26, 2019
                               Form ID: pdf900              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db/jdb         +Timothy B Harrity,    Susan I Harrity,   116 Bridgeview Drive,    Somerset, PA 15501-7604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Chandra Marie Arkema    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8