IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| TIMOTHY B. HARRITY and SUSAN I. HARRITY, | : : : | Bankruptcy No. <u>14-70171JAD</u> |
| Debtor(s). | : : : | Chapter 13 |
| | : | Doc. # <u>74</u> |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : : : : | |
| Movant(s), | : | |
| vs. | : : | Related To Docs. # <u>65 and 75</u> |
| TIMOTHY B. HARRITY and SUSAN I. HARRITY, | : : : | |
| Respondent(s). | : : : x | |

## ORDER

AND NOW, this <u>29th</u> day of <u>April</u>, <u>2019</u>, it appears to the Court that the movant has filed at Doc. #74 a *Withdrawal of Objection To Claim #1 [of Discover Bank]* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 65 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #65 - *Objection To Claim #1 [of Discover Bank]* for May 3, 2019, at 11:00 AM in Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901 is hereby CANCELLED.

It is further **ordered** that the order of court entered 4/26/2019 at Doc. #75 is vacated.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
Parties In Interest

FILED
4/29/19 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00026204

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 14-70171-JAD
Timothy B Harrity                                                 Chapter 13
Susan I Harrity
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 1              Date Rcvd: Apr 29, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db/jdb         +Timothy B Harrity,    Susan I Harrity,    116 Bridgeview Drive,    Somerset, PA 15501-7604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Chandra Marie Arkema    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
           pabk@logs.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8