Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Timothy B Harrity
Susan I Harrity**
Debtor(s)

Bankruptcy Case No.: 14−70171−JAD

Chapter: 13
Docket No.: 81 − 80

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 28th of May, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/16/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **7/26/19 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/16/19.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                              United States Bankruptcy Court
                             Western District of Pennsylvania

In re:                                                                  Case No. 14-70171-JAD
Timothy B Harrity                                                       Chapter 13
Susan I Harrity
         Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                  Page 1 of 2           Date Rcvd: May 28, 2019
                              Form ID: 408                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Timothy B Harrity,    Susan I Harrity,    116 Bridgeview Drive,    Somerset, PA 15501-7604
cr             +JPMORGAN CHASE BANK, N.A.,    Chase Records Ctr. Attn: Corr. Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13818618       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,     Po Box 5010,    Woodland Hills, CA 91365)
13818623       ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                 (address filed with court: Chrysler Financial,     P.O. Box 9001921,    Louisville, KY 40290)
13818620       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13818621       +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13818622       +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
13818624       +Coll Svc Ctr,    839 Fifth Ave,    New Kensington, PA 15068-6303
13818626       +Credex America,Inc,    5500 Main St Suite 314,    Williamsville, NY 14221-6737
13904715       +JPMorgan Chase Bank, N.A.,    Attn: Correspondence Mail,    700 Kansas Lane,
                 Monroe, LA 71203-4774
13950009       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13818631       +P S E C U,    Po Box 1006,    Harrisburg, PA 17108-1006
13818633       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13818634       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 29 2019 03:48:24
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13846806       +E-mail/Text: bankruptcy@cavps.com May 29 2019 03:37:48      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13818619       +E-mail/Text: bankruptcy@cavps.com May 29 2019 03:37:48      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
13818625       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2019 03:36:32       Comenity Bank/Fashbug,
                 Po Box 182272,    Columbus, OH 43218-2272
13818628       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 29 2019 03:37:56
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13818627       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 29 2019 03:37:56
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15025695        E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
13823387        E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13818629       +E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13870277        E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:46:44
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13818630       +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:44:58       Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13879528        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:46:26
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13877404        E-mail/Text: bankruptcynotices@psecu.com May 29 2019 03:38:05       PSECU,   P.O. Box 67013,
                 Harrisburg, PA 17106-7013
13818632       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:48:18
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13987593        E-mail/PDF: rmscedi@recoverycorp.com May 29 2019 03:48:24
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 15

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association et al.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7          User: jfur              Page 2 of 2            Date Rcvd: May 28, 2019
                              Form ID: 408            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Chandra Marie Arkema    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
           pabk@logs.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```