**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Timothy B Harrity** | Social Security number or ITIN   xxx–xx–8482 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Susan I Harrity** | Social Security number or ITIN   xxx–xx–2129 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **14–70171–JAD** | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy B Harrity                                Susan I Harrity

7/17/19                                          **By the court:**   Jeffery A. Deller
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-70171-JAD
Timothy B Harrity                                                         Chapter 13
Susan I Harrity
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil              Page 1 of 2            Date Rcvd: Jul 17, 2019
                              Form ID: 3180W          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db/jdb         +Timothy B Harrity,    Susan I Harrity,    116 Bridgeview Drive,    Somerset, PA 15501-7604
cr             +JPMORGAN CHASE BANK, N.A.,    Chase Records Ctr. Attn: Corr. Mail,    Mail Code LA4-5555,
                700 Kansas Lane,    Monroe, LA 71203-4774
13818618      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:  Caine & Weiner,     Po Box 5010,    Woodland Hills, CA 91365)
13818621       +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13818624       +Coll Svc Ctr,    839 Fifth Ave,    New Kensington, PA 15068-6303
13818626       +Credex America,Inc,    5500 Main St  Suite 314,    Williamsville, NY 14221-6737
13904715       +JPMorgan Chase Bank, N.A.,    Attn: Correspondence Mail,    700 Kansas Lane,
                Monroe, LA 71203-4774
13950009       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                700 Kansas Lane,    Monroe, LA 71203-4774
13818631       +P S E C U,   Po Box 1006,    Harrisburg, PA 17108-1006
13818634       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:22:03      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr              EDI: RECOVERYCORP.COM Jul 18 2019 06:53:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13818623        EDI: CHRYSLER.COM Jul 18 2019 06:53:00      Chrysler Financial,    P.O. Box 9001921,
                Louisville, KY 40290
13846806       +E-mail/Text: bankruptcy@cavps.com Jul 18 2019 03:22:57      Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13818619       +E-mail/Text: bankruptcy@cavps.com Jul 18 2019 03:22:57      Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
13818620       +EDI: CHASE.COM Jul 18 2019 06:53:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13818622       +EDI: CHRM.COM Jul 18 2019 06:53:00      Chrysler Capital,    Po Box 961275,
                Fort Worth, TX 76161-0275
13818625       +EDI: WFNNB.COM Jul 18 2019 06:53:00      Comenity Bank/Fashbug,    Po Box 182272,
                Columbus, OH 43218-2272
13818628       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 18 2019 03:23:03
                Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13818627       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 18 2019 03:23:03
                Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15025695        EDI: DISCOVER.COM Jul 18 2019 06:53:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany Ohio 43054-3025
13823387        EDI: DISCOVER.COM Jul 18 2019 06:53:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
13818629       +EDI: DISCOVER.COM Jul 18 2019 06:53:00      Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
13870277        EDI: RESURGENT.COM Jul 18 2019 06:53:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13818630       +EDI: RESURGENT.COM Jul 18 2019 06:53:00      Lvnv Funding Llc,    Po Box 10497,
                Greenville, SC 29603-0497
13879528        EDI: PRA.COM Jul 18 2019 06:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
13877404        E-mail/Text: bankruptcynotices@psecu.com Jul 18 2019 03:23:11      PSECU,    P.O. Box 67013,
                Harrisburg, PA 17106-7013
13818632       +EDI: PRA.COM Jul 18 2019 06:53:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
13987593        EDI: RECOVERYCORP.COM Jul 18 2019 06:53:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13818633       +EDI: SEARS.COM Jul 18 2019 06:53:00      Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank, National Association et al.
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7           User: bsil                  Page 2 of 2                  Date Rcvd: Jul 17, 2019
                               Form ID: 3180W              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Chandra Marie Arkema    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8
```