**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    TIMOTHY B HARRITY
    SUSAN I HARRITY
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:14-70171 JAD

Chapter 13

Document No.: 80

FILED
7/17/19 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this \_\_\_17th\_\_\_ day of \_\_\_July\_\_\_, 20\_19\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-70171-JAD
Timothy B Harrity                                                      Chapter 13
Susan I Harrity
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: bsil              Page 1 of 2          Date Rcvd: Jul 17, 2019
                             Form ID: pdf900        Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db/jdb        +Timothy B Harrity,    Susan I Harrity,    116 Bridgeview Drive,    Somerset, PA 15501-7604
cr            +JPMORGAN CHASE BANK, N.A.,    Chase Records Ctr. Attn: Corr. Mail,    Mail Code LA4-5555,
                700 Kansas Lane,    Monroe, LA 71203-4774
13818618     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,     Po Box 5010,    Woodland Hills, CA 91365)
13818623     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,     P.O. Box 9001921,    Louisville, KY 40290)
13818620      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13818621      +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13818622      +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
13818624      +Coll Svc Ctr,    839 Fifth Ave,    New Kensington, PA 15068-6303
13818626      +Credex America,Inc,    5500 Main St Suite 314,    Williamsville, NY 14221-6737
13904715      +JPMorgan Chase Bank, N.A.,    Attn: Correspondence Mail,    700 Kansas Lane,
                Monroe, LA 71203-4774
13950009      +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                700 Kansas Lane,    Monroe, LA 71203-4774
13818631      +P S E C U,    Po Box 1006,    Harrisburg, PA 17108-1006
13818633      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13818634      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2019 03:28:40
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13846806      +E-mail/Text: bankruptcy@cavps.com Jul 18 2019 03:22:57    Cavalry Investments, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13818619      +E-mail/Text: bankruptcy@cavps.com Jul 18 2019 03:22:57    Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
13818625      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:21:42    Comenity Bank/Fashbug,
                Po Box 182272,    Columbus, OH 43218-2272
13818628      +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 18 2019 03:23:03
                Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13818627      +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 18 2019 03:23:03
                Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15025695       E-mail/Text: mrdiscen@discover.com Jul 18 2019 03:21:14     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
13823387       E-mail/Text: mrdiscen@discover.com Jul 18 2019 03:21:14     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13818629      +E-mail/Text: mrdiscen@discover.com Jul 18 2019 03:21:14     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13870277       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 03:29:46
                LVNV Funding, LLC its successors and assigns as,     assignee of Citibank (South Dakota),,
                N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13818630      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 03:29:46    Lvnv Funding Llc,
                Po Box 10497,    Greenville, SC 29603-0497
13879528       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:29:42
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13877404       E-mail/Text: bankruptcynotices@psecu.com Jul 18 2019 03:23:11     PSECU,    P.O. Box 67013,
                Harrisburg, PA 17106-7013
13818632      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:45:57
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13987593       E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2019 03:30:44
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association et al.
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7          User: bsil                  Page 2 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Chandra Marie Arkema    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```