## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-70171-JAD |
| Timothy B. Harrity and | : | |
| Susan I. Harrity, | : | Chapter 13 |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## SCHEDULE B AND AMENDED SCHEDULE C

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify that I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 7th day of February, 2020, a true and exact copy of the Amended Schedule B and the Amended Schedule C dated February 5, 2020, along with a copy of the Order dated February 7, 2020, on all the parties on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>February 7, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          JPMorgan Chase Bank, N.A.              Recovery Management Systems Corporation
0315-7                                   Chase Records Ctr. Attn: Corr. Mail    25 S.E. Second Avenue
Case 14-70171-JAD                        Mail Code LA4-5555                     Suite 1120
WESTERN DISTRICT OF PENNSYLVANIA         700 Kansas Lane                        Miami, FL 33131-1605
Johnstown                                Monroe, LA 71203-4774
Fri Feb  7 10:27:15 EST 2020
                                         (p)CAINE & WEINER COMPANY              Cavalry Investments, LLC
7                                        12005 FORD ROAD 300                    500 Summit Lake Drive, Ste 400
U.S. Bankruptcy Court                    DALLAS TX 75234-7262                   Valhalla, NY 10595-2321
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Cavalry Portfolio Serv                   Chase                                  Chase Home Mortgage
Po Box 27288                             Po Box 15298                           P.O. Box 78420
Tempe, AZ 85285-7288                     Wilmington, DE 19850-5298              Phoenix, AZ 85062-8420


Chrysler Capital                         (p)CHRYSLER FINANCIAL                  Coll Svc Ctr
Po Box 961275                            27777 INKSTER RD                       839 Fifth Ave
Fort Worth, TX 76161-0275                FARMINGTON HILLS MI 48334-5326         New Kensington, PA 15068-6303


Comenity Bank/Fashbug                    Credex America,Inc                     Credit Management Co
Po Box 182272                            5500 Main St  Suite 314                2121 Noblestown Rd
Columbus, OH 43218-2272                  Williamsville, NY 14221-6737           Pittsburgh, PA 15205-3956


Credit Management Co                     Discover Bank                          Discover Bank
2121 Noblestown Road                     DB Servicing Corporation               Discover Products Inc
Pittsburg, PA 15205-3956                 PO Box 3025                            PO Box 3025
                                         New Albany, OH  43054-3025             New Albany Ohio 43054-3025


Discover Fin Svcs Llc                    JPMorgan Chase Bank, N.A.              JPMorgan Chase Bank, National Association
Po Box 15316                             Attn: Correspondence Mail              Attn: Correspondence Mail, Mail code LA4
Wilmington, DE 19850-5316                700 Kansas Lane                        700 Kansas Lane
                                         Monroe, LA 71203-4774                  Monroe, LA 71203-4774


LVNV Funding, LLC its successors and assigns    Lvnv Funding Llc                Office of the United States Trustee
assignee of Citibank (South Dakota),            Po Box 10497                    Liberty Center.
N.A.                                            Greenville, SC 29603-0497       1001 Liberty Avenue, Suite 970
Resurgent Capital Services                                                      Pittsburgh, PA 15222-3721
PO Box 10587
Greenville, SC 29603-0587

P S E C U                                PSECU                                  Portfolio Recovery Ass
Po Box 1006                              P.O. Box 67013                         120 Corporate Blvd Ste 1
Harrisburg, PA 17108-1006                Harrisburg, PA 17106-7013              Norfolk, VA 23502-4952


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Recovery Management Systems Corporation    Sears/Cbna
PO BOX 41067                             25 S.E. 2nd Avenue, Suite 1120             Po Box 6189
NORFOLK VA 23541-1067                    Miami, FL 33131-1605                       Sioux Falls, SD 57117-6189
```

| | | |
|---|---|---|
| The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201-1507 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Susan I Harrity<br>116 Bridgeview Drive<br>Somerset, PA 15501-7604 | Timothy B Harrity<br>116 Bridgeview Drive<br>Somerset, PA 15501-7604 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Po Box 5010<br>Woodland Hills, CA 91365 | Chrysler Financial<br>P.O. Box 9001921<br>Louisville, KY 40290 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

End of Label Matrix
Mailable recipients   34
Bypassed recipients    1
Total                 35