# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- Debtor: TIMOTHY B & SUSAN I HARRITY
- Case Number: 14-70171-JAD    Chapter: 13
- Date / Time / Room: FRIDAY, MARCH 06, 2020  11:00 AM  COURTROOM B
- Bankruptcy Judge: JEFFERY A. DELLER
- Courtroom Clerk: SCOTT KOZAR
- Reporter / ECR: N/A

**Matter:**

Application To Employ Special Counsel in Medical Malpractice/Personal Injury Claim filed by Debtors
- Response Filed 2/24/2020 by Univ. of Pittsburgh Physicians, UPMC Mercy @ Doc. #101 [Due 2/24/2020]
- Response Filed 3/3/2020 as Reply To Doc. #101 by Debtors @ Doc. #103
R / M #: 97 / 0

**Appearances:**

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Kenneth P. Seitz, Esq.
CREDITOR: Samuel R. Grego, Esq.

**Proceedings:**

✓ Motion is **GRANTED** / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
3/9/20 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge