# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 14-70171-JAD** |
| **Timothy B. Harrity and,** | : | |
| **Susan I. Harrity,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| **Timothy B. Harrity and** | : | |
| **Susan I. Harrity,** | : | |
| **Movants** | : | |
| vs. | : | |
| | : | |
| **No Respondents** | : | |
| **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire ,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

## CERTIFICATE OF SERVICE OF ORDER EMPLOYING PROFESSIONAL FOR DEBTOR

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 10th day of March, 2020, a true and correct copy of the Order Employing Professional for Debtor dated March 6, 2020, on all creditors on the Court's Mailing Matrix including Special Counsel; Michael C. George, Esquire by First-Class Mail.  U.S. Postage paid.

Executed on: March 10, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-7
Case 14-70171-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Fri Feb  7 10:27:15 EST 2020

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285-7288

Chrysler Capital
Po Box 961275
Fort Worth, TX 76161-0275

Comenity Bank/Fashbug
Po Box 182272
Columbus, OH 43218-2272

Credit Management Co
2121 Noblestown Road
Pittsburg, PA 15205-3956

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

LVNV Funding, LLC its successors and assigns
assignee of Citibank (South Dakota),
N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

P S E C U
Po Box 1006
Harrisburg, PA 17108-1006

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

JPMORGAN CHASE BANK, N.A.
Chase Records Ctr. Attn: Corr. Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Chase
Po Box 15298
Wilmington, DE 19850-5298

(p)CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

Credex America,Inc
5500 Main St  Suite 314
Williamsville, NY 14221-6737

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

JPMorgan Chase Bank, N.A.
Attn: Correspondence Mail
700 Kansas Lane
Monroe, LA 71203-4774

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

PSECU
P.O. Box 67013
Harrisburg, PA 17106-7013

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

Cavalry Investments, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Chase Home Mortgage
P.O. Box 78420
Phoenix, AZ 85062-8420

Coll Svc Ctr
839 Fifth Ave
New Kensington, PA 15068-6303

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205-3956

Discover Bank
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

JPMorgan Chase Bank, National Association
Attn: Correspondence Mail, Mail code LA4
700 Kansas Lane
Monroe, LA 71203-4774

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

| | | |
|---|---|---|
| The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201-1507 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Susan I Harrity<br>116 Bridgeview Drive<br>Somerset, PA 15501-7604 | Timothy B Harrity<br>116 Bridgeview Drive<br>Somerset, PA 15501-7604 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Po Box 5010<br>Woodland Hills, CA 91365 | Chrysler Financial<br>P.O. Box 9001921<br>Louisville, KY 40290 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35