IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-70171-JAD |
| Timothy B. Harrity and, | : | |
| Susan I. Harrity, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No. |
| Timothy B. Harrity and | : | |
| Susan I. Harrity, | : | Related to Docket No. 97 |
|     Movants | : | |
| vs. | : | Hearing Date & Time: March 6, 2020 |
| | : |               11:00 AM |
| No Respondents | : | |
|     Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire , | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

**ORDER EMPLOYING PROFESSIONAL FOR DEBTOR**

AND NOW, this _6th_ day of _March_____, 2020, upon consideration of the

MOTION FOR ORDER of APPLICATION TO EMPLOY SPECIAL COUNSEL IN MEDICAL

MALPRACTICE/PERSONAL INJURY CLAIM, it is ORDERED, ADJUDGED and DECREED as

follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. **Michael C. George, Esquire located at 330 Grant Street, Suite 712, The Grant Building, Pittsburgh, Pennsylvania 15219** is hereby appointed, as **Special Counsel** for the Debtors in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4.  Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

5.  Applicant shall serve the within Order on all interested parties and file a certificate of service.

3-6-2720

**JEFFERY A. DELLER**
United States Bankruptcy Judge

cc: **Debtors**
**Counsel**
**Professional**
**Office of the U.S. Trustee**

FILED
3/9/20 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 14-70171-JAD
Timothy B Harrity                                            Chapter 13
Susan I Harrity
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7         User: bsil            Page 1 of 1              Date Rcvd: Mar 09, 2020
                             Form ID: pdf900       Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
```
db/jdb          +Timothy B Harrity,   Susan I Harrity,   116 Bridgeview Drive,   Somerset, PA 15501-7604
sp               Michael C. George,   Suite 712 Grant Building,   330 Grant Street,   Pittsburgh, PA  15219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                                       TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
```
        Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
        Chandra Marie Arkema    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
         pabk@logs.com
        James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com
        Kenneth P. Seitz    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com
        Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pabk@logs.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Samuel R. Grego    on behalf of Interested Party    University of Pittsburgh Physicians
         gregos@dmclaw.com
        Samuel R. Grego    on behalf of Interested Party    UPMC Mercy gregos@dmclaw.com
                                                                                TOTAL: 10
```