IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 14-70171-JAD |
| Timothy B. Harrity | : |
| and Susan I. Harrity, | : |
| | : |
| | : Related to Docket No. 104 |
| | : |
| | : Daily Request |
| | : |

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Samuel Grego, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    March 6, 2020

The transcript is being prepared by Advanced Depositions. The estimated completion for this transcript is April 28, 2020.

    Michael R. Rhodes, Clerk
    United States Bankruptcy Court

Date: 4/27/2020      By: _____Connie Ulysse_____
    ECRO

#61-M