FILED
5/7/20 4:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **TIMOTHY B. HARRITY and** : | **Bankruptcy No. 14-70171-JAD** |
| **SUSAN I. HARRITY,** : | |
| : | |
| **Debtors.** : | **Chapter 13** |
| _____ : | |
| **RONDA J. WINNECOUR, CHAPTER 13** : | |
| **TRUSTEE,** : | |
| : | |
| **Movant,** : | |
| **v.** : | **Related To Doc. No. 99** |
| : | |
| **TIMOTHY B. HARRITYand** : | |
| **SUSAN I. HARRITY,** : | |
| : | |
| **Respondents.** : | |
| _____ X | |

# ORDER CONTINUING HEARING

**AND NOW**, this **1st** day of **May**, **2020**, after telephonic hearing held on May 1,

2020, **IT IS HEREBY ORDERED** that the hearing on the *Motion To Vacate Order*

*Approving Application For Approval of Receipts and Disbursements - Plan Confirmed, The*

*Discharge Order and the Final Report and Account* filed at Doc. No. 99 by Ronda J.

Winnecour, Chapter 13 Trustee , is **CONTINUED TO Friday, August 21, 2020**, at **11:00**

**AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street,

Johnstown, Pennsylvania 15901 . *

    **By no later than fourteen (14) days prior to the continued hearing, the Chapter**

**13 Trustee may file a memorandum of law in support of the relief requested.**

_____
**JEFFERY A. DELLER**    mas
U.S. Bankruptcy Judge

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video
conferencing equipment will be utilized. This will allow the parties to appear at either
Courtroom B in Johnstown, PA or in Courtroom D in Pittsburgh, PA.**

**CASE ADMINISTRATOR SHALL SERVE:**
    Kenneth P. Seitz, Esquire
    Ronda J. Winnecour, Esquire
    Samuel R. Grego, Esquire

00028507

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 14-70171-JAD
Timothy B Harrity                                                 Chapter 13
Susan I Harrity
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: bsil          Page 1 of 1          Date Rcvd: May 04, 2020
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
db/jdb        +Timothy B Harrity,    Susan I Harrity,    116 Bridgeview Drive,    Somerset, PA 15501-7604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Chandra Marie Arkema    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
           pabk@logs.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Samuel R. Grego    on behalf of Interested Party    UPMC Mercy gregos@dmclaw.com
          Samuel R. Grego    on behalf of Interested Party    University of Pittsburgh Physicians
           gregos@dmclaw.com
                                                                              TOTAL: 10