FILED
5/13/20 5:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Timothy B. Harrity
Susan I. Harrity

Bankruptcy No. 14-70171-JAD

Adversary No.

Related to Docket No. 112

Fourteen Day Request

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Michael C. George, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

May 1, 2020.

The transcript is being prepared by Advanced Transcription. The estimated completion for this transcript is May 27, 2020.

Michael R. Rhodes, Clerk
United States Bankruptcy Court

Date: 5/13/2020         By:    /s/ Hayley Smith
                                    ECRO

#61-M