IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/18/20 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Timothy B. Harrity
Susan I. Harrity

Bankruptcy No.  14-70171-JAD

Adversary No.

Related to Docket No.  112

Daily Request

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Samuel R. Grego, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

May 1, 2020.

The transcript is being prepared by Advanced Transcription.  The estimated completion for this transcript is May 19, 2020.

Michael R. Rhodes, Clerk
United States Bankruptcy Court

Date: 5/18/2020

By: _____ /s/ Hayley Smith _____
ECRO

#61-M