**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 14-70171-JAD** |
| **Timothy B. Harrity and** | : | |
| **Susan I. Harrity,** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Docket No. 126** |
| **Timothy B. Harrity and** | : | |
| **Susan I. Harrity,** | : | **Hearing Date & Time: September 29, 2021** |
| Movants | : | 11:00 AM |
| | : | |
| vs. | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.,** | : | |
| **Caine & Weiner,** | : | |
| **Cavalry Portfolio Serv.,** | : | |
| **Chrysler Financial,** | : | |
| **Coll Svc Ctr.,** | : | |
| **Comenity Bank/Fashbug,** | : | |
| **Credex America, Inc.,** | : | |
| **Credit Management Co.,** | : | |
| **Discover Bank,** | : | |
| **LVNV Funding, LLC,** | : | |
| **PSECU,** | : | |
| **Portfolio Recovery Associates, LLC.,** | : | |
| **Recovery Management Systems,** | : | |
| **Sears/Cbna,** | : | |
| **The Bureaus, Inc.,** | : | |
| Respondents | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO
APPROVE SETTLEMENT IN MEDICAL MALPRACTICE/PERSONAL INJURY CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Settlement in Medical Malpractice/Personal Injury Claim filed on August 25, 2021, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Settlement in Medical Malpractice/Personal Injury Claim appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Settlement in Medical Malpractice/Personal Injury Claim were to be filed and served no later than September 13, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Approve Settlement in Medical Malpractice/Personal Injury Claim be entered by the Court.

Dated: <u>September 15, 2021</u>          <u>/s/ Kenneth P. Seitz, Esquire</u>
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470