# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Case No. 14-70171-JAD** |
| **Timothy B. Harrity and** | : | |
| **Susan I. Harrity,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No. 127** |
| **Kenneth P. Seitz, Esquire** | : | |
| **Movant** | : | **Hearing Date & Time: September 29, 2021** |
| | : | **11:00 AM** |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION
## FOR APPROVAL OF CHAPTER 13 FEE PETITION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Chapter 13 Fee Petition filed on August 25, 2021, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval of Chapter 13 Fee Petition appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Approval of Chapter 13 Fee Petition were to be filed and served no later than September 13, 2021.

It is hereby respectfully requested that the Order attached to the Motion for Approval of Chapter 13 Fee Petition be entered by the Court.

Dated: <u>September 15, 2021</u>                        <u>/s/ Kenneth P. Seitz, Esquire</u>
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470