**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-70171-JAD |
|     Timothy B. Harrity and | : | |
|     Susan I. Harrity, | : | Chapter 13 |
|                     Debtors | : | |
| | : | |
|     Timothy B. Harrity and | : | |
|     Susan I. Harrity, | : | |
|                     Movants | : | |
| | : | |
|       vs. | : | |
| | : | |
|     JPMorgan Chase Bank, N.A., | : | |
|     Caine & Weiner, | : | |
|     Cavalry Portfolio Serv., | : | |
|     Chrysler Financial, | : | |
|     Coll Svc Ctr., | : | |
|     Comenity Bank/Fashbug, | : | |
|     Credex America, Inc., | : | |
|     Credit Management Co., | : | |
|     Discover Bank, | : | |
|     LVNV Funding, LLC, | : | |
|     PSECU, | : | |
|     Portfolio Recovery Associates, LLC., | : | |
|     Recovery Management Systems, | : | |
|     Sears/Cbna, | : | |
|     The Bureaus, Inc., | : | |
|                     Respondents | : | |
| | : | |
|     Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|                     Additional Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 23rd day of September, 2021, a true and correct copy of the Order dated September 22, 2021, approving the Motion to Approve Settlement of Medical Malpractice/Personal Injury Claim, by First-Class Mail U.S. Postage paid on all the creditors on the Courts' Mailing Matrix including Special Counsel, Michael C. George, Esquire.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Executed on: <u>September 23, 2021</u> | <u>/s/ Jessica L. Tighe</u><br>Jessica L. Tighe; Legal Asst.<br>Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470 |

_____

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          JPMorgan Chase Bank, N.A.                Recovery Management Systems Corporation
0315-7                                    Chase Records Ctr. Attn: Corr. Mail      25 S.E. Second Avenue
Case 14-70171-JAD                         Mail Code LA4-5555                       Suite 1120
WESTERN DISTRICT OF PENNSYLVANIA          700 Kansas Lane                          Miami, FL 33131-1605
Johnstown                                 Monroe, LA 71203-4774
Fri Feb  7 10:27:15 EST 2020

7                                         (p)CAINE & WEINER COMPANY                Cavalry Investments, LLC
U.S. Bankruptcy Court                     12005 FORD ROAD 300                      500 Summit Lake Drive, Ste 400
5414 U.S. Steel Tower                     DALLAS TX 75234-7262                     Valhalla, NY 10595-2321
600 Grant Street
Pittsburgh, PA 15219-2703

Cavalry Portfolio Serv                    Chase                                    Chase Home Mortgage
Po Box 27288                              Po Box 15298                             P.O. Box 78420
Tempe, AZ 85285-7288                      Wilmington, DE 19850-5298                Phoenix, AZ 85062-8420


Chrysler Capital                          (p)CHRYSLER FINANCIAL                    Coll Svc Ctr
Po Box 961275                             27777 INKSTER RD                         839 Fifth Ave
Fort Worth, TX 76161-0275                 FARMINGTON HILLS MI 48334-5326           New Kensington, PA 15068-6303


Comenity Bank/Fashbug                     Credex America,Inc                       Credit Management Co
Po Box 182272                             5500 Main St  Suite 314                  2121 Noblestown Rd
Columbus, OH 43218-2272                   Williamsville, NY 14221-6737             Pittsburgh, PA 15205-3956


Credit Management Co                      Discover Bank                            Discover Bank
2121 Noblestown Road                      DB Servicing Corporation                 Discover Products Inc
Pittsburg, PA 15205-3956                  PO Box 3025                              PO Box 3025
                                          New Albany, OH  43054-3025               New Albany Ohio 43054-3025


Discover Fin Svcs Llc                     JPMorgan Chase Bank, N.A.                JPMorgan Chase Bank, National Association
Po Box 15316                              Attn: Correspondence Mail                Attn: Correspondence Mail, Mail code LA4
Wilmington, DE 19850-5316                 700 Kansas Lane                          700 Kansas Lane
                                          Monroe, LA 71203-4774                    Monroe, LA 71203-4774


LVNV Funding, LLC its successors and assigns   Lvnv Funding Llc                    Office of the United States Trustee
assignee of Citibank (South Dakota),           Po Box 10497                        Liberty Center.
N.A.                                           Greenville, SC 29603-0497           1001 Liberty Avenue, Suite 970
Resurgent Capital Services                                                         Pittsburgh, PA 15222-3721
PO Box 10587
Greenville, SC 29603-0587

P S E C U                                 PSECU                                    Portfolio Recovery Ass
Po Box 1006                               P.O. Box 67013                           120 Corporate Blvd Ste 1
Harrisburg, PA 17108-1006                 Harrisburg, PA 17106-7013                Norfolk, VA 23502-4952


(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Recovery Management Systems Corporation  Sears/Cbna
PO BOX 41067                              25 S.E. 2nd Avenue, Suite 1120           Po Box 6189
NORFOLK VA 23541-1067                     Miami, FL 33131-1605                     Sioux Falls, SD 57117-6189
```

| | | |
|---|---|---|
| The Bureaus Inc<br>1717 Central St<br>Evanston, IL 60201-1507 | Kenneth Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Susan I Harrity<br>116 Bridgeview Drive<br>Somerset, PA 15501-7604 | Timothy B Harrity<br>116 Bridgeview Drive<br>Somerset, PA 15501-7604 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Po Box 5010<br>Woodland Hills, CA 91365 | Chrysler Financial<br>P.O. Box 9001921<br>Louisville, KY 40290 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35