## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-70171-JAD |
| Timothy B. Harrity and | : | |
| Susan I. Harrity, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No. |
| Timothy B. Harrity and | : | |
| Susan I. Harrity, | : | Related to Docket No. 122 |
|     Movants | : | |
| | : | Hearing Date & Time: September 29, 2021 |
| vs. | : | 11:00 AM |
| | : | |
| JPMorgan Chase Bank, N.A., | : | |
| Caine & Weiner, | : | |
| Cavalry Portfolio Serv., | : | |
| Chrysler Financial, | : | |
| Coll Svc Ctr., | : | |
| Comenity Bank/Fashbug, | : | |
| Credex America, Inc., | : | **DEFAULT O/E JAD** |
| Credit Management Co., | : | |
| Discover Bank, | : | |
| LVNV Funding, LLC, | : | |
| PSECU, | : | |
| Portfolio Recovery Associates, LLC., | : | |
| Recovery Management Systems, | : | |
| Sears/Cbna, | : | |
| The Bureaus, Inc., | : | |
|     Respondents | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

### ORDER

**AND NOW**, this  22nd  day of  September  2021, upon consideration of the Debtors' Motion to Approve Settlement of Medical Malpractice/Personal Injury Claim it is hereby ORDERED and DECREED as follows:

1. The Personal Injury Claim in the gross amount of One Million Nine Hundred Thousand Dollars ($1,900,000.00) is approved.

2. Attorney fees to Michael C. George, Esquire are awarded in the amount of Seven Hundred Sixty Thousand Dollars ($760,000.00).

3. Approve advanced costs to Michael C. George, Esquire are awarded in the amount of One Hundred Thirty Thousand Six Hundred Seventeen Dollars and sixty-four cents ($130,617.64).

4. Attorney fees to the Law Offices of Kenny P. Seitz are awarded in the amount of Five Thousand Three Hundred Forty-Nine Dollars and thirty-nine cents ($5,349.39).

5. Reimbursement of costs to the Law Offices of Kenny P. Seitz are awarded in the amount of Forty-Eight Dollars and forty-three cents ($48.43).

6. The amount of Seventeen Thousand Nine Hundred Fifteen Dollars and sixty-nine cents ($17,915.69) is awarded for 100% payment to unsecured creditors which includes the Chapter 13 Trustee's fee.

7. The net claim is awarded to the Debtors in the amount of Nine Hundred Eighty-Six Thousand Sixty-Eight Dollars and eighty-five cents ($986,068.85).

_____  sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
9/22/21 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 14-70171-JAD |
| Timothy B Harrity | Chapter 13 |
| Susan I Harrity | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: bsil | Page 1 of 2 |
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

**Recip ID**  **Recipient Name and Address**
sp        Michael C. George, Suite 712 Grant Building, 330 Grant Street, Pittsburgh, PA 15219

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

**Name**                **Email Address**

Andrew F Gornall
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. agornall@gornall-law.com

Brian Nicholas
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com

Chandra Marie Arkema
    on behalf of Creditor JPMorgan Chase Bank  National Association et al. tuhawkeye@msn.com, carkema@squirelaw.com

Kenneth P. Seitz
    on behalf of Debtor Timothy B Harrity thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-7 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel R. Grego
    on behalf of Interested Party UPMC Mercy gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Interested Party University of Pittsburgh Physicians gregos@dmclaw.com rmccartney@dmclaw.com

TOTAL: 10