IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 14-70171-JAD |
| **Timothy B. Harrity and** | : | |
| **Susan I. Harrity,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| **Kenneth P. Seitz, Esquire** | : | |
| Movant | : | Related to Docket No. 124 |
| | : | |
| vs. | : | Hearing Date & Time: September 29, 2021 |
| | : | 11:00 AM |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | **DEFAULT O/E JAD** |

## ORDER APPROVING FEE PETITION

**AND NOW,** this __22nd__ day of September, 2021, it is hereby ORDERED that the attorney fees and costs in the amount of Five Thousand Three Hundred Ninety-Seven Dollars and eighty-two cents ($5,397.82) as requested by Fee Petition of Kenneth P. Seitz, Esquire, are hereby approved.

BY THE COURT:

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
9/22/21 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy B Harrity  
Susan I Harrity  
    Debtors

Case No. 14-70171-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 2  
Date Rcvd: Sep 22, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy B Harrity, Susan I Harrity, 116 Bridgeview Drive, Somerset, PA 15501-7604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMORGAN CHASE BANK N.A. agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor JPMorgan Chase Bank National Association et al. tuhawkeye@msn.com, carkema@squirelaw.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy B Harrity thedebterasers@aol.com |
| Kevin Scott Frankel | |

| | | | |
|---|---|---|---|
| District/off: 0315-7 | User: bsil | | Page 2 of 2 |
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | | Total Noticed: 1 |

on behalf of Creditor JPMORGAN CHASE BANK  N.A. pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel R. Grego
    on behalf of Interested Party UPMC Mercy gregos@dmclaw.com  rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Interested Party University of Pittsburgh Physicians gregos@dmclaw.com  rmccartney@dmclaw.com

TOTAL: 10