**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy B Harrity**
**Susan I Harrity**
Debtor(s)

Bankruptcy Case No.: 14−70171−JAD

Chapter: 13
Docket No.: 136 − 135

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 24th of November, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/10/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/10/22.**


                                                    <u>Jeffery A. Deller</u>
                                                    United States Bankruptcy Judge

   cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy B Harrity  
Susan I Harrity  
    Debtors

Case No. 14-70171-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 3  
Date Rcvd: Nov 24, 2021      Form ID: 408      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy B Harrity, Susan I Harrity, 116 Bridgeview Drive, Somerset, PA 15501-7604 |
| sp | | Michael C. George, Suite 712 Grant Building, 330 Grant Street, Pittsburgh, PA 15219 |
| 13818618 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 13818623 | ++ | CHRYSLER FINANCIAL, 27777 INKSTER RD, FARMINGTON HILLS MI 48334-5310 address filed with court:, Chrysler Financial, P.O. Box 9001921, Louisville, KY 40290 |
| 13818622 | + | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13818624 | + | Coll Svc Ctr, 839 Fifth Ave, New Kensington, PA 15068-6303 |
| 13818626 | + | Credex America,Inc, 5500 Main St Suite 314, Williamsville, NY 14221-6737 |
| 13818631 | + | P S E C U, Po Box 1006, Harrisburg, PA 17108-1006 |
| 13818634 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:17 | JPMORGAN CHASE BANK, N.A., Chase Records Ctr. Attn: Corr. Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:57:54 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13846806 | + | Email/Text: bankruptcy@cavps.com | Nov 24 2021 23:13:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13818619 | + | Email/Text: bankruptcy@cavps.com | Nov 24 2021 23:13:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 13818622 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 24 2021 23:13:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13818625 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2021 23:13:00 | Comenity Bank/Fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 13818628 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 24 2021 23:13:00 | Credit Management Co, 2121 Noblestown Road, Pittsburg, PA 15205-3956 |
| 13818627 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 24 2021 23:13:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 13823387 | | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 15025695 | | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 13818629 | + | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Fin Svcs Llc, Po Box 15316, |

Case 14-70171-JAD    Doc 137    Filed 11/26/21    Entered 11/27/21 00:25:27    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 408 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850-5316 |
| 13818620 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:17 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 13818621 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:22 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 13904715 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:17 | JPMorgan Chase Bank, N.A., Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203 |
| 13950009 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:27 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail code LA4, 700 Kansas Lane, Monroe, LA 71203 |
| 13870277 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:22:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13818630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:22:20 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 13879528 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:22:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13877404 | | Email/Text: bankruptcynotices@psecu.com | Nov 24 2021 23:13:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 13818632 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:22:24 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13987593 | | Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:47:22 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13818633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:25 | Sears/Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association et al. |
| intp | | UPMC Mercy |
| intp | | University of Pittsburgh Physicians |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021     Signature:     /s/Joseph Speetjens

District/off: 0315-7 User: jfur Page 3 of 3
Date Rcvd: Nov 24, 2021 Form ID: 408 Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMORGAN CHASE BANK N.A. agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor JPMorgan Chase Bank National Association et al. tuhawkeye@msn.com, carkema@squirelaw.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy B Harrity thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK N.A. pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel R. Grego | on behalf of Interested Party UPMC Mercy gregos@dmclaw.com rmccartney@dmclaw.com |
| Samuel R. Grego | on behalf of Interested Party University of Pittsburgh Physicians gregos@dmclaw.com rmccartney@dmclaw.com |

TOTAL: 10