**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY B HARRITY<br>SUSAN I HARRITY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:14-70171 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

November 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/24/2014 and confirmed on 6/3/14 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,052.06 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,052.06 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,619.00 | |
|    Trustee Fee | 3,548.46 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,167.46 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 46,162.58 | 0.00 | 46,162.58 |
|     Acct: 1752 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 2,544.27 | 0.00 | 2,544.27 |
|     Acct: 2476 | | | | |
|   JPMORGAN CHASE BANK NA | 6,871.38 | 6,871.38 | 0.00 | 6,871.38 |
|     Acct: 1752 | | | | |
|   JPMORGAN CHASE BANK NA | 810.80 | 810.80 | 0.00 | 810.80 |
|     Acct: 2476 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHR | 8,609.88 | 8,609.88 | 1,401.42 | 10,011.30 |
|     Acct: 9127 | | | | |
| | | | | 66,400.33 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY B HARRITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-21 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CAINE AND WEINER++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4647 | | | | |
|   CAVALRY INVESTMENTS LLC - ASSIGNEE | 1,479.20 | 1,479.20 | 0.00 | 1,479.20 |
|     Acct: 8046 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6480 | | | | |
|   CHRYSLER CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: NHQC | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4886 | | | | |
|   CREDEX AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6936 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5000 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2596 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8567 | | | | |
|   DISCOVER BANK(*) | 5,641.81 | 5,641.81 | 0.00 | 5,641.81 |
| Acct: 0263 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,432.61 | 2,432.61 | 0.00 | 2,432.61 |
| Acct: 0246 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 7,996.74 | 7,996.74 | 0.00 | 7,996.74 |
| Acct: 8482 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 652.06 | 652.06 | 0.00 | 652.06 |
| Acct: 0014 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 281.85 | 281.85 | 0.00 | 281.85 |
| Acct: 5822 | | | | |
|   SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0246 | | | | |
|   THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1901 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| | | | | 18,484.27 |

TOTAL PAID TO CREDITORS                                                               84,884.60

TOTAL CLAIMED
PRIORITY          0.00
SECURED      16,292.06
UNSECURED    18,484.27

Date: 11/22/2021                                       /s/ Ronda J. Winnecour

                                                       RONDA J WINNECOUR PA ID #30399
                                                       CHAPTER 13 TRUSTEE WD PA
                                                       600 GRANT STREET
                                                       SUITE 3250 US STEEL TWR
                                                       PITTSBURGH, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TIMOTHY B HARRITY
    SUSAN I HARRITY
          Debtor(s)

    Ronda J. Winnecour
          Movant
      vs.
    No Repondents.

Case No.:14-70171 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy B Harrity  
Susan I Harrity  
    Debtors

Case No. 14-70171-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 3  
Date Rcvd: Nov 24, 2021      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy B Harrity, Susan I Harrity, 116 Bridgeview Drive, Somerset, PA 15501-7604 |
| sp | | Michael C. George, Suite 712 Grant Building, 330 Grant Street, Pittsburgh, PA 15219 |
| 13818618 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 13818623 | ++ | CHRYSLER FINANCIAL, 27777 INKSTER RD, FARMINGTON HILLS MI 48334-5310 address filed with court:, Chrysler Financial, P.O. Box 9001921, Louisville, KY 40290 |
| 13818622 | + | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13818624 | + | Coll Svc Ctr, 839 Fifth Ave, New Kensington, PA 15068-6303 |
| 13818626 | + | Credex America,Inc, 5500 Main St Suite 314, Williamsville, NY 14221-6737 |
| 13818631 | + | P S E C U, Po Box 1006, Harrisburg, PA 17108-1006 |
| 13818634 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:18 | JPMORGAN CHASE BANK, N.A., Chase Records Ctr. Attn: Corr. Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:22:24 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13846806 | + | Email/Text: bankruptcy@cavps.com | Nov 24 2021 23:13:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13818619 | + | Email/Text: bankruptcy@cavps.com | Nov 24 2021 23:13:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 13818622 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 24 2021 23:13:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13818625 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2021 23:13:00 | Comenity Bank/Fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 13818628 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 24 2021 23:13:00 | Credit Management Co, 2121 Noblestown Road, Pittsburg, PA 15205-3956 |
| 13818627 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 24 2021 23:13:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 13823387 | | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 15025695 | | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 13818629 | + | Email/Text: mrdiscen@discover.com | Nov 24 2021 23:13:00 | Discover Fin Svcs Llc, Po Box 15316, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850-5316 |
| 13818620 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:27 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 13818621 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:22 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 13904715 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:27 | JPMorgan Chase Bank, N.A., Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203 |
| 13950009 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2021 23:22:22 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail code LA4, 700 Kansas Lane, Monroe, LA 71203 |
| 13870277 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:22:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13818630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2021 23:22:20 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 13879528 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:22:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13877404 | | Email/Text: bankruptcynotices@psecu.com | Nov 24 2021 23:13:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 13818632 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2021 23:22:19 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13987593 | | Email/PDF: rmscedi@recoverycorp.com | Nov 24 2021 23:57:44 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13818633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 24 2021 23:22:29 | Sears/Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association et al. |
| intp | | UPMC Mercy |
| intp | | University of Pittsburgh Physicians |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021    Signature:    /s/Joseph Speetjens

District/off: 0315-7     User: jfur     Page 3 of 3
Date Rcvd: Nov 24, 2021     Form ID: pdf900     Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMORGAN CHASE BANK N.A. agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor JPMorgan Chase Bank National Association et al. tuhawkeye@msn.com, carkema@squirelaw.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy B Harrity thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK N.A. pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel R. Grego | on behalf of Interested Party UPMC Mercy gregos@dmclaw.com rmccartney@dmclaw.com |
| Samuel R. Grego | on behalf of Interested Party University of Pittsburgh Physicians gregos@dmclaw.com rmccartney@dmclaw.com |

TOTAL: 10