**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    TIMOTHY B HARRITY
    SUSAN I HARRITY
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.: 14-70171 JAD

Chapter 13

Document No.: 135

FILED
1/12/22 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __12th__ day of __January__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 14-70171-JAD
Timothy B Harrity  Chapter 13
Susan I Harrity
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: bsil      Page 1 of 3
Date Rcvd: Jan 12, 2022      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy B Harrity, Susan I Harrity, 116 Bridgeview Drive, Somerset, PA 15501-7604 |
| sp | | Michael C. George, Suite 712 Grant Building, 330 Grant Street, Pittsburgh, PA 15219 |
| 13818618 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 13818624 | + | Coll Svc Ctr, 839 Fifth Ave, New Kensington, PA 15068-6303 |
| 13818626 | + | Credex America,Inc, 5500 Main St Suite 314, Williamsville, NY 14221-6737 |
| 13818631 | + | P S E C U, Po Box 1006, Harrisburg, PA 17108-1006 |
| 13818634 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2022 23:58:37 | JPMORGAN CHASE BANK, N.A., Chase Records Ctr. Attn: Corr. Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jan 12 2022 23:58:53 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13818623 | | Email/Text: jaxbanko@td.com | Jan 13 2022 00:00:00 | Chrysler Financial, P.O. Box 9001921, Louisville, KY 40290 |
| 13846806 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2022 00:01:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13818619 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2022 00:01:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 13818622 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 13 2022 00:01:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 13818625 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2022 00:01:00 | Comenity Bank/Fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 13818628 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 13 2022 00:01:00 | Credit Management Co, 2121 Noblestown Road, Pittsburg, PA 15205-3956 |
| 13818627 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 13 2022 00:01:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 13823387 | | Email/Text: mrdiscen@discover.com | Jan 13 2022 00:00:00 | Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025 |
| 15025695 | | Email/Text: mrdiscen@discover.com | Jan 13 2022 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 13818629 | + | Email/Text: mrdiscen@discover.com | Jan 13 2022 00:00:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

Case 14-70171-JAD   Doc 141   Filed 01/14/22   Entered 01/18/22 08:59:38   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13818620 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2022 23:58:08 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 13818621 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2022 23:58:50 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 13904715 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2022 23:58:38 | JPMorgan Chase Bank, N.A., Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203 |
| 13950009 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2022 23:58:37 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail code LA4, 700 Kansas Lane, Monroe, LA 71203 |
| 13870277 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2022 23:58:54 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13818630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2022 23:58:42 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 13879528 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2022 23:58:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 13877404 | | Email/Text: bankruptcynotices@psecu.com | Jan 13 2022 00:01:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 13818632 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2022 23:58:52 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13987593 | | Email/PDF: rmscedi@recoverycorp.com | Jan 12 2022 23:58:22 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13818633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 00:09:01 | Sears/Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 13818634 | + | Email/PDF: tbiedi@PRAGroup.com | Jan 12 2022 23:58:37 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, National Association et al. |
| intp | | UPMC Mercy |
| intp | | University of Pittsburgh Physicians |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022         Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew F Gornall | on behalf of Creditor JPMORGAN CHASE BANK N.A. agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor JPMorgan Chase Bank National Association et al. tuhawkeye@msn.com, carkema@squirelaw.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Susan I Harrity thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy B Harrity thedebterasers@aol.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK N.A. pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel R. Grego | on behalf of Interested Party UPMC Mercy gregos@dmclaw.com rmccartney@dmclaw.com |
| Samuel R. Grego | on behalf of Interested Party University of Pittsburgh Physicians gregos@dmclaw.com rmccartney@dmclaw.com |

TOTAL: 10